UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Steven Nathan McKoy**                                   **Docket No. 7:19-CR-157-2FL**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Steven Nathan McKoy, who, was placed under pretrial release supervision by the Honorable Robert B. Jones, U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 31st day of October, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 19, 2020, McKoy submitted to a drug test which revealed a positive reading for cocaine. When confronted with the positive test, McKoy did not admit to use. However, on May 20, 2020, he admitted to the use of cocaine. McKoy was admonished for his behavior and agreed to participate in mandatory substance abuse treatment and continued drug testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that pretrial release be modified as follows:

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

Except as herein modified, the conditions of pretrial release shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing
                                                                        is true and correct.

/s/ David W. Leake                                          /s/ Cierra M. Wallace
David W. Leake                                               Cierra M. Wallace
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                                        414 Chestnut Street, Suite 102
                                                                        Wilmington, NC 28401-4290
                                                                        Phone: 910-679-2034
                                                                        Executed On: May 20, 2020

**ORDER OF THE COURT**

Considered and ordered this __20__ day of __May__, 2020, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones
U.S. Magistrate Judge